UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOROTHY GRIFFITH,

    Plaintiff,

- against -

MELALEUCA INC.,

    Defendant.

CV10- 1957

10 Civ. _____

Removed from:
Supreme Court of the State of New York
County of Kings
Index No. 5551/10

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, Defendant Melaleuca Inc., a nongovernmental corporate party, through its undersigned counsel, certifies that it has no parent corporations and there are no publicly held corporations owning 10% or more of its stock.

Dated: New York, New York
      April 29, 2010

SIDLEY AUSTIN LLP

By: _____
John J. Lavelle
Peter R. Hauenstein
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599

Attorneys for Defendant
Melaleuca Inc.

NY1 7292937v.1