```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------      CASE # 1:10-CV-01957
DOROTHY GRIFFITH,                              [JBW-WP]

                      Plaintif,

          -against-                            NOTICE OF JURY DEMAND

MELALEUCA, INC.,


                      Defendant.
----------------------------------------
```

C O U N S E L O R S :

PLEASE TAKE NOTICE, that pursuant to Rule 38(b), the plaintiff herein demands a trial by Jury.

Dated: Brooklyn, New York
       May 3, 2010

```
                              TANTLEFF, COHEN & TANTLEFF, P.C.
                              By_____
                                    EDWARD D. TANTLEFF
                              Attorneys for Plaintiff
                              188 Montague Street
                              Brooklyn, New York 11201
                              (718) 522-4604

To:   SIDLEY AUSTIN LLP.
      Attorneys for defendant
      MELALEUCA, INC.
      787 Seventh Avenue
      New York, New York 10019-6018
```

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
COUNTY OF KINGS     ) :ss

    EDWARD D. TANTLEFF, being duly sworn, state: That I am not a party to the above action, I am over the age of 18 years, and reside at North Woodmere, New York.

    On May 4, 2010, I served the within NOTICE OF JURY DEMAND by depositing a true copy thereof in a postage paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the last known address set forth after each name:

SIDLEY AUSTIN LLP.
Attorneys for defendant
MELALEUCA, INC.
787 Seventh Avenue
New York, New York 10019-6018

                                  EDWARD D. TANTLEFF, ESQ.

Sworn to before me this day
4th day of May, 2010

_____
NOTARY PUBLIC

JUDITH LANDBERG
NOTARY PUBLIC, State of New York
No. 24-4752465
Qualified in Kings County
Commission Expires March 30, 20__

CASE # 1:10-CV-01957
(JBW-WP)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOROTHY GRIFFITH,

                                                                     Plaintiff.

   -against-

MELALEUCA, INC.,

                                                                     Defendant

## NOTICE OF JURY DEMAND

**TANTLEFF, COHEN & TANTLEFF, P.C.**
Attorneys for the Plaintiffs
188 Montague Street
10th Floor
Brooklyn, NY 11201
(718) 522-4604